UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DAVID NEAL,<br><br>Petitioner,<br><br>v.<br><br>TERESER A. BANKS and<br>HARLEY G. LAPPIN,<br><br>Respondents. | Case No. CV 10-5213 DSF(JC)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241(c)(3) (the "Petition"), all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and adopts the Report and Recommendation.

IT IS ORDERED that the Petition is denied and this action is dismissed.

///
///
///
///
///

1

1 | IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
2 | Report and Recommendation, and the Judgment herein on petitioner and on any
3 | counsel for respondents.
4 | LET JUDGMENT BE ENTERED ACCORDINGLY.
5 | DATED:     9/13/10

*/s/ Dale S. Fischer*

HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE