UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DAVID NEAL,<br><br>Petitioner,<br><br>v.<br><br>TERESER A. BANKS and HARLEY G. LAPPIN,<br><br>Respondents. | Case No. CV 10-5213 DSF(JC)<br><br>(PROPOSED)<br><br>JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241(c)(3) is denied and this action is dismissed.

DATED: 9/13/10

*Dale S. Fischer*

HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE